# EXHIBIT:  FORM OF ORDER

George Haines, Esq.  　　　　　　　　　　　　　　　E-FILED: March 17, 2010
Nevada Bar No. 9411
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for LaChandra Parker

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-09-19845-BAM |
| --- | --- |
|  | ) Chapter 13 |
|  | ) |
|  | ) |
| **LaChandra Parker**, | ) Hearing Date:  Apr 29, 2010 |
|  | ) Hearing Time:  2:30 p.m. |
|  | ) |
| Debtor(s). | ) |
|  | ) |
|  | ) |

### ORDER APPROVING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES NO. 1

**THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** filed by the above-named Debtor's attorney, having come on for hearing on the date and time referenced above, the Court having considered any objections filed or raised at the hearing, it is hereby:

**THE COURT HEREBY FINDS AND ORDERS** that compensation and expenses in the amount of $9,953.50 have been earned by Haines & Krieger in this proceeding of which the debtors herein have already paid $0.00 directly to Haines & Krieger and the amount of **$9,953.50** shall be paid through the Chapter 13 trustee to debtor's counsel in the instant matter.

**IT IS FURTHER ORDERED** that Debtor's counsel may retain fees in the amount of $0.00, which were paid directly by Debtor to Counsel.

**IT IS FURTHER ORDERED** that fees awarded through this application shall be paid as an administrative priority claim. The trustee shall commence disbursements of the awarded fees immediately upon entry of an Order awarding fees to Debtor's Counsel and shall continue disbursements until such award of fees is paid in full.

Dated: March 17, 2010

/s/David Krieger, Esq.
David Krieger, Esq.
Attorney for Debtor

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

- 3 -

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###